UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY S. NEWSOM & DAWN MCCOY ) m/d ) ) **Plaintiffs** ) ) vs. ) ) **WELTMAN, WEINBERG & REIS ) CO., L.P.A.** ) **Defendant** ) | Case Number 2:13-cv-00531-NS<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

AND NOW, this 15th day of April 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for Defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


Weltman Weinberg & Reis

BY: */s/ Michael J. Dougherty*
    Michael J. Dougherty, Esquire
    Attorney for Defendant